**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Alejandro GALINDO-SOTO,**
**Defendant-Appellant**

**No. 16-10391**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed December 20, 2016

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant-Appellant

Before DENNIS, PRADO, and OWEN, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Appealing the judgment in a criminal case, Alejandro Galindo-Soto raises an argument that is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b)(2) need not be set forth in the indictment. Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.